**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**


AUGUSTA CLAYBORN                                                                          PLAINTIFF


v.                                          3:05CV00217 JTR


JO ANNE B. BARNHART,
Commissioner, Social
Security Administration                                                                 DEFENDANT


## JUDGMENT

Pursuant to the Memorandum and Order filed this date, judgment is entered dismissing this case, with prejudice.  The relief sought is DENIED.

IT IS SO ORDERED this 12th day of September, 2006.


_____
UNITED STATES MAGISTRATE JUDGE